# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MICHAEL AND MELISSA SULLIVAN, H/W : No. 324 EAL 2021
:
:
v. : Petition for Allowance of Appeal
: from the Order of the Superior Court
:
WERNER COMPANY AND LOWE'S :
COMPANIES, INC., AND MIDDLETOWN :
TOWNSHIP LOWE'S STORE #1572 :
:
:
PETITION OF: WERNER COMPANY AND :
LOWE'S COMPANIES, INC. :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of June, 2022, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

Was it an error of law, under the product liability principles this Court established in *Tincher v. Omega Flex, Inc.*, 104 A.3d 328 (Pa. 2014), to prevent the jury from considering the product's compliance with pertinent industry and governmental safety standards, where this exclusion of evidence:

    (1)    was contrary to *Tincher*'s expressed intent to provide juries with greater, rather than less, ability to decide if an unreasonably dangerous defect exists in a product;

    (2)    was contrary to *Tincher*'s recognition that strict liability and negligence substantially overlap in product liability cases, particularly as to the "risk/utility" defect theory plaintiffs pursued in this case; and

    (3)    would once again leave Pennsylvania product liability law in a distinct minority position, concerning admissibility of compliance evidence.